1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11
12
13
14
15
16

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH, | No.  1:19-cv-00271-AWI-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING MOTION FOR RELIEF FROM JUDGMENT AND RECOMMENDING DISMISSAL WITH PREJUDICE FOR BAD FAITH CONDUCT |
| v. | |
| CAMBPELL, *et al.*, | |
| Defendants. | (ECF No. 38) |

17     Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se*

18 and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was

19 referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20 302.

21     On March 17, 2021, the assigned Magistrate Judge issued findings and recommendations

22 recommending that Plaintiff's motion for relief from judgment be denied and that this case be

23 dismissed with prejudice for bad faith conduct.  (ECF No. 38.)  The Magistrate Judge found that

24 terminating sanctions were appropriate due to Plaintiff's bad faith conduct in this case and other

25 companion cases before the Court.  (Id.)  Plaintiff filed objections to the findings and

26 recommendations on April 8, 2021.  (ECF No. 39.)

27     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

28 *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's

1    objections, the Court finds the findings and recommendations to be supported by the record and

2    by proper analysis.

3        Accordingly, IT IS HEREBY ORDERED as follows:

4      1.   The findings and recommendations issued on March 17, 2021, (ECF No. 38), are

5         adopted in full;

6      2.   Plaintiff's motion for relief from judgment, (ECF No. 34), is denied;

7      3.   This action is dismissed, with prejudice, due to Plaintiff's bad faith conduct; and

8      4.   The Clerk of the Court is directed to close this case and terminate all other pending

9         motions and deadlines.

10

11   IT IS SO ORDERED.

12   Dated:    April 13, 2021                              

13                            SENIOR DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28